

O'Melveny & Myers LLP　　T: +1 202 383 5300　　　　　　　　　　　　　File Number:
1625 Eye Street, NW　　　　F: +1 202 383 5414
Washington, DC 20006-4061　omm.com

April 13, 2022

**Peter Friedman**
D: +1 202 383 5302
pfriedman@omm.com

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:　　*Pacific Alliance Asia Opportunity Fund L.P. v. Kwok Ho Wan, et al. (22-01073-dsj)*

Dear Judge Jones:

　　We write on behalf of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ("PAX") to inform the Court that PAX has filed a motion for an order remanding the above-captioned action to the Supreme Court of the State of New York – County of New York: Commercial Division (Justice Ostrager presiding) (the "New York Court") or, in the alternative, for an order abstaining from determining this action pursuant to 28 U.S.C. § 1334(c)(1) (the "Motion").

　　PAX's Motion provides Defendant Kwok Ho Wan ("Kwok") notice of our intent to seek remand to the New York Court before whomever will resolve that dispute—this Court or Judge Manning in the Bankruptcy Court for the District of Connecticut, Bridgeport Division.  For the reasons set forth in the proposed stipulation resolving Kwok's motion to transfer venue, (*see* ECF No. 7), PAX consents to Kwok's motion to transfer this action to Judge Manning, (*see* ECF No. 4)—but to the extent Your Honor elects not to transfer the action, PAX will seek leave to obtain a hearing date before this Court as soon as possible.

　　We look forward to our conference with the Court on April 15.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted


　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Peter Friedman*
　　　　　　　　　　　　　　　　　　　　　　　　Peter Friedman
　　　　　　　　　　　　　　　　　　　　　　　　For O'MELVENY & MYERS LLP

　　　　　　　　　　　　　　　　　　CC:　　All counsel of record