# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
# MANHATTAN DIVISION

| | |
|---|---|
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P., <br><br> Plaintiff, <br><br> v. <br><br> KWOK HO WAN, a/k/a KWOK HO, a/k/a GWO WEN GUI, a/k/a GUO WENGUI, a/k/a GUO WEN GUI, a/k/a WAN GUE HAOYUN, a/k/a MILES KWOK, a/k/a HAOYUN GUO, GENEVER HOLDINGS CORPORATION, and GENEVER HOLDINGS LLC, <br><br> Defendants. | Adversary Proceeding No. 22-01073-dsj |

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'S MOTION TO REMAND OR, IN THE ALTERNATIVE, FOR ABSTENTION PURSUANT TO 28 U.S.C. § 1334(C)(1)**

Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ("PAX") hereby moves to remand the above-captioned action to the Supreme Court of the State of New York – County of New York: Commercial Division (Justice Ostrager presiding), or alternatively, for an order abstaining from determining this action pursuant to 28 U.S.C. § 1334(c)(1). The grounds for Plaintiff's motion are fully set forth in Plaintiff's accompanying Memorandum of Law and the supporting Declaration of Peter Friedman, each of which is being filed contemporaneously herewith.

Dated: April 13, 2022
New York, New York

*/s/ Peter Friedman*
Peter Friedman (admitted *pro hac vice*)
Stuart M. Sarnoff
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: ssarnoff@omm.com
pfriedman@omm.com
